S. LANE TUCKER
United States Attorney

MAC CAILLE PETURSSON
MICHAEL J. HEYMAN
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: mac.caille.petursson@sudoj.gov
Email: michael.heyman@usdoj.gov


Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>ALEKSANDER SAVELIEFF,<br><br>    Defendant. | No. 3:24-cr-00115-SLG-MMS<br><br><u>COUNTS 1-2</u><br>THEFT OF GOVERNMENT PROPERTY<br> Vio. of 18 U.S.C. § 641 |

**INDICTMENT**

The Grand Jury charges that:


<u>COUNT 1</u>

Beginning in or about November 2019, and continuing until in or about June 2023,

within the District of Alaska, the defendant, ALEKSANDER SAVELIEFF, did knowingly

embezzle, steal, convert to his own use, and convert to the use of another money belonging

to the United States and a department and agency thereof in a total amount greater than $1,000, namely, Social Security Administration Title II (Federal Old-Age, Survivors, and Disability Insurance) benefits, with the intent of depriving the owner of the use and benefit of that money.

All of which is in violation of 18 U.S.C. § 641.

## COUNT 2

Beginning in or about April 2020, and continuing until on or about April 2021, within the District of Alaska, the defendant, ALEKSANDER SAVELIEFF, did knowingly embezzle, steal, convert to his own use, and convert to the use of another money belonging to the United States and a department and agency thereof in a total amount greater than $1,000, namely, a U.S. Department of the Treasury COVID stimulus payment, a payment that was disbursed in connection with a major disaster or emergency, with the intent of depriving the owner of the use and benefit of that money.

All of which is in violation of 18 U.S.C. § 641.


    A TRUE BILL


                                        s/ Grand Jury Foreperson
                                        GRAND JURY FOREPERSON




s/ Michael J. Heyman
MICHAEL J. HEYMAN
MAC CAILLE PETURSSON
Assistant U.S. Attorneys
United States of America




s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney




DATE:      10/15/24